Rayna H. Jones, SBN 028564
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C., SBN 00504800
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ  85016
Telephone:  602.778.3700
Fax:  602.778.3750
Rayna.Jones@Ogletreedeakins.com
Attorney for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffrey Steven Hyman, | No. CV _____ |
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL** |
| Liberty Mutual Group Inc.; Hewitt Associates, LLC | |
| Defendants. | |

To the Clerk of the Court:

PLEASE TAKE NOTICE that Defendants Liberty Mutual Group Inc. and Hewitt Associates, LLC (collectively "Defendants") hereby remove to this Court the Justice Court action described below.

On November 2, 2015, Plaintiff Jeffrey Steven Hyman ("Plaintiff"), a *pro se* litigant, filed a Complaint in the Moon Valley Justice Court, Maricopa County, Arizona. The Complaint is captioned *Jeffrey Steven Hyman v. Liberty Mutual Group, Inc. & Hewitt Assoc., LLC*, Case No. CC2015205297RC. Defendants received a copy of the Complaint and Summons by personal service on November 20, 2015.  Defendants are filing this Notice within thirty (30) days of their receipt of these documents.

By signing below, counsel for Defendants verifies that a true and correct copy of

the Complaint and Summons served upon them are attached hereto as Exhibit "A." The Complaint is the initial pleading setting forth Plaintiff's claims for relief. No other forms of process, pleadings, or orders have been served on Defendants in this matter. Defendants have not yet answered the Complaint.

This is a civil action in which Plaintiff alleges that Defendants violated federal statutes, specifically the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001 et seq. ("ERISA"), in regards to their alleged failure to properly administer the Consolidated Omnibus Budget Reconciliation Act of 1985 ("COBRA") benefits to Plaintiff. Accordingly, this Court has original jurisdiction for these claims and removal is authorized by 28 U.S.C. § 1331 and 28 U.S.C. §§ 1441, 1446.

Defendants served a copy of this Notice on Plaintiff. Defendants also filed a copy of this Notice with the clerk of the Moon Valley Justice Court of the State of Arizona, County of Maricopa, from where the action is being removed, pursuant to Rule 3.6(a), Local Rules of the United States District Court for the District of Arizona. A copy of the Notice filed with the justice court clerk is attached hereto as Exhibit "B."

This Notice is signed pursuant to Rule 11, Federal Rules of Civil Procedure, as required by Local Rule 3.6(a).

DATED this 10th day of December 2015.

          OGLETREE, DEAKINS, NASH,
          SMOAK & STEWART, P.C.

          By: s/Rayna H. Jones
             Rayna H. Jones
             2415 East Camelback Road, Suite 800
             Phoenix, Arizona 85016
             Attorney for Defendants Liberty Mutual Group Inc. and Hewitt Associates, LLC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602.778.3700

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of December 2015, I electronically filed the attached document,

and

COPY of the foregoing document
was served by first-class mail,
postage prepaid, this same day on:

Jeffrey Steven Hyman
3826 E. Lupine Ave.
Phoenix, AZ 85028
*Pro Se* Plaintiff



By:  s/Jan Madsen

23205320.1

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602.778.3700