# Exhibit A

**Exhibit A**



# Maricopa County Justice Courts, Arizona

Moon Valley Justice Court   18380 N. 40th St., #130, Phoenix, AZ 85032   602-372-7000

CASE NUMBER: CC201520529 7RC

| Jeffrey Steven Hyman | Liberty Mutual Group, Inc & Hewitt Assoc. LLC |
| --- | --- |
| 3826 E Lupine Ave | DBA: Benefits Express, 2338 W Royal Palm Rd, Ste J |
| Phoenix, AZ 85028 | Phoenix, AZ 85021 |
| ( 602 ) 717 - 3171 | ( 800 ) 758 - 4460 |
| Plaintiff(s) Name / Address / Phone | Defendant(s) Name / Address / Phone |

Serve on:
☒ Statutory Agent  CORPORATION SERVICE COMPANY
Address  2338 W Royal Palm Rd, Ste J
Phoenix, AZ 85021
( 800 ) 758 - 4460

## CIVIL SUMMONS
☐ Replacement Summons                                   JCRCP Rule 112

REQUESTS FOR REASONABLE ACCOMMODATIONS FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE COURT AT LEAST 3 JUDICIAL DAYS IN ADVANCE OF ANY SCHEDULED HEARING.

THE STATE OF ARIZONA TO THE ABOVE-NAMED DEFENDANT(S):

1. YOU ARE SUMMONED to respond to this complaint by filing a written ANSWER with this Court and by paying the required fee. If you cannot afford to pay the required fee, you may request that the Court either waive or defer the fee.

2. If you were served with this summons in the State of Arizona, the Court must receive your answer within twenty (20) calendar days from the date you were served. If you were served outside the State of Arizona, the Court must receive your answer within thirty (30) calendar days from the date you were served. If the last day is a Saturday, Sunday, or legal holiday, you will have until the next working day to file your answer. When calculating time, do not count the day you were served with the summons.

3. Your answer must be in writing.

    (a) You may obtain an answer form from this Court.

    (b) You may also obtain an answer form from the Form section of the Maricopa County Justice Courts website at http://justicecourts.maricopa.gov
    The direct link is: http://justicecourts.maricopa.gov/Forms/cv_Answer.pdf

4. Provide a copy of your answer to the Plaintiff(s) or to the Plaintiff's attorney in accordance with JCRCP Rule 120.

5. IF YOU FAIL TO FILE A WRITTEN ANSWER WITH THIS COURT WITHIN THE TIME INDICATED ABOVE, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST YOU.

Date: _____
                    Justice of the Peace

*You are required to keep the court advised of your current address and contact phone number.*
*The clerk can provide you with a Notice of Change of Address form.*

CV 8150-101.01 R: 3/4/13



# Maricopa County Justice Courts, Arizona

Moon Valley Justice Court   18380 N. 40th St., #130, Phoenix, AZ 85032   602-372-7000

CASE NUMBER: CC2015205297RC

| Plaintiff(s) Name / Address / Phone: | Defendant(s) Name / Address / Phone |
|---|---|
| Jeffrey Steven Hyman | Liberty Mutual Group, Inc & Hewitt Assoc., LLC |
| 3826 E Lupine Ave | DBA: Benefits Express, 2338 W Royal Palm Rd, Ste J |
| Phoenix, AZ 85028 | Phoenix, AZ 85021 |
| ( 602 ) 717 - 3171 | ( 800 ) 758 - 4460 |

Attorney for Plaintiff(s) Name / Address / Phone        Attorney for Defendant(s) Name / Address / Phone

**COMPLAINT**                                    JCRCP Rule 110

I allege that:

☒ This court has jurisdiction over this matter.

☒ This court has venue because:

☐ Defendant resides within the precinct boundaries of this court.

☒ The debt or obligation that gives rise to this action occurred within this court's precinct, at the following location: 2510 W Dunlap Ave Ste 126, Phoenix, AZ 85021,

☐ Other, pursuant to ARS 12-401.1-19:

I also allege that (state the factual basis for each claim):

1. Gross Negligence: Defendant owed a duty to administer COBRA benefits to all qualifying persons in an efficient and timely manner based on standards created in the ERISA Statutes.

2. Defendant failed to properly administer COBRA benefits causing bodily injury to the plaintiff. Defendant acted in Bad Faith by denying prescription coverage benefits to Defendant.

3. Defendant suffered special damages of approximately $4,000.00 resulting from claim & coverage denials for prescription benefits leading to significant bodily injury manifestation.

4. Defendant is seeking $6,000.00 in General Damages for just compensation.

I am asking the court to award me judgment against the defendant(s) in the sum of $ ~~10,000.00~~ 9,999.99
(state claimed damages)

I am also asking for reimbursement of my court costs and interest at the legal rate from the date of judgment.

I state under penalty of perjury that the foregoing is true and correct.

Date: 11/2/2015        Plaintiff [signature]

*You are required to keep the court advised of your current address and telephone number. The clerk can provide you with a Notice of Change of Address form.*

CV 8150-100 R: 2/25/13



## Maricopa County Justice Courts
NOTICE TO THE DEFENDANT:
A LAWSUIT HAS BEEN FILED AGAINST YOU IN JUSTICE COURTS

**You have rights and responsibilities in this lawsuit. Read this notice carefully.**

1. In a justice court lawsuit, individuals have a right to represent themselves, or they may hire an attorney to represent them. A family member or a friend may not represent someone in justice court unless the family member or friend is an attorney. A corporation has a right to be represented by an officer of the corporation, and a limited liability company ("LLC") may be represented by a managing member. A corporation or an LLC may also be represented by an attorney.

    If you represent yourself, you have the responsibility to properly complete your court papers and to file them when they are due. The clerks and staff at the court are not allowed to give you legal advice. If you would like legal advice, you may ask the court for the name and phone number of a local lawyer referral service, the local bar association, or a legal aid organization.

2. You have a responsibility to follow the Justice Court Rules of Civil Procedure ("JCRCP") that apply in your lawsuit. The rules are available in many public libraries, at the courthouse, and online at the Court Rules page of the Arizona Judicial Branch website, at http://www.azcourts.gov/, under the "AZ Supreme Court" tab.

3. A "plaintiff" is someone who files a lawsuit against a "defendant." You must file an answer or other response to the plaintiff's complaint in writing and within twenty (20) days from the date you were served with the summons and complaint (or thirty (30) days if you were served out-of-state.) If you do not file an answer within this time, the plaintiff may ask the court to enter a "default" and a "default judgment" against you. Your answer must state your defenses to the lawsuit. Answer forms are available at the courthouse, on the Maricopa County Justice Court website at http://justicecourts.maricopa.gov/, and on the Self-Service Center of the Arizona Judicial Branch website at http://www.azcourts.gov/ under the "Public Services" tab. You may also prepare your answer on a plain sheet of paper, but your answer must include the court location, the case number and the names of the parties. You must provide to the plaintiff a copy of any document that you file with the court, including your answer.

4. You may bring a claim against the plaintiff if you have one. When you file your answer or written response with the court, you may also file your "counterclaim" against the plaintiff.

5. You must pay a filing fee to the court when you file your answer. If you cannot afford to pay a filing fee, you may apply to the court for a fee waiver or deferral, but you must still file your answer on time.

6. You may contact the plaintiff or the plaintiff's attorney and try to reach an agreement to settle the lawsuit. However, until an agreement is reached you must still file your answer and participate in the lawsuit. During the lawsuit, the court may require the parties to discuss settlement.

7. Within forty (40) days after your answer has been filed, you and the plaintiff are required to provide a disclosure statement to each other. The disclosure statement provides information about witnesses and exhibits that will be used in the lawsuit. A party may also learn more about the other side's case through discovery. Read the Justice Court Rules of Civil Procedure for more information about disclosure statements and discovery.

8. The court will notify you of all hearing dates and trial dates. You must appear at the time and place specified in each notice. If you fail to appear at a trial or a hearing, the court may enter a judgment against you. To assure that you receive these notices, you must keep the court informed, in writing, of your current address and telephone number until the lawsuit is over.

# Exhibit B

**Exhibit B**

Rayna H. Jones, SBN 028564
Ogletree, Deakins, Nash, Smoak & Stewart, P.C., SBN 00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Fax: (602) 778-3750
Rayna.Jones@OgletreeDeakins.com

Attorney for Defendants Liberty Mutual Group Inc. and Hewitt Associates, LLC.

# MARICOPA COUNTY JUSTICE COURT OF ARIZONA

## MOON VALLEY JUSTICE COURT
18380 N. 40th Street, #130
Phoenix, AZ 85032

| | |
|---|---|
| Jeffrey Steven Hyman,<br><br>   Plaintiff,<br><br>vs.<br><br>Liberty Mutual Group Inc.; Hewitt Associates, LLC,<br><br>   Defendants. | No. CC2015205297RC<br><br>**NOTICE OF FILING NOTICE OF REMOVAL** |

**To the Clerk of the above-entitled Court:**

PLEASE TAKE NOTICE that Defendants Liberty Mutual Group Inc. and Hewitt Associates LLC have filed a Notice of Removal of this action with the United States District Court for the District of Arizona. A copy of the Notice of Removal filed in the United States District Court is attached hereto as Exhibit A.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

1  RESPECTFULLY SUBMITTED this 10th day of December 2015.

2  OGLETREE, DEAKINS, NASH,
3  SMOAK & STEWART, P.C.

4  By: _____
   Rayna H. Jones
5  2415 East Camelback Road, Suite 800
6  Phoenix, Arizona 85016
   Attorney for Defendants Liberty Mutual
7  Group Inc. and Hewitt Associates, LLC

9  **ORIGINAL** of the foregoing
   hand-delivered on
10 December 10, 2015 to:

12 Moon Valley Justice Court
   18380 N. 40th St., #130
13 Phoenix, Arizona 85032

14 and

15 **COPY** mailed via
16 U.S. Mail on December 10, 2015 to:

17 Jeffrey Steven Hyman
   3826 E. Lupine Ave.
18 Phoenix, AZ 85028
19 *Pro Se* Plaintiff

_____

23205356.1

2